PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Victor Perez            Cr.: 07-00123-001
                                          PACTS #: 48148

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: May 19, 2008

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: Seventy-Seven (77) months imprisonment, to be followed by three (3) years of Supervised Release

Type of Supervision: Supervised Release            Date Supervision Commenced: 07/06/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. | On October 29, 2013, the offender tested positive for opiates. At that time, the offender verbally admitted to ingesting a Percocet pill for back pain. This medication was not prescribed to the offender.

   On February 19, 2014, the offender tested positive for cocaine. The offender verbally admitted to usage.

U.S. Probation Officer Action:
At this time, we are requesting no Court action. The offender will be referred for a drug evaluation to ascertain what level of treatment is needed.

Respectfully submitted,
By: Edward J. Irwin
U.S. Probation Officer
Date: 02/26/14

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other - No Court Action

Signature of Judicial Officer

2/28/2014
Date

# UNITED STATES DISTRICT COURT
PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
SR. DEPUTY CHIEF PROBATION OFFICER

**BETH L. NEUGASS**
DEPUTY CHIEF PROBATION OFFICER

February 27, 2014

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Faith S. Hochberg,
U.S. District Judge
Martin Luther King Jr., Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

**RE: PEREZ, Victor**
**DKT#: 07-00123-001**
**NOTIFICATION OF NON-COMPLIANCE/**
**NO ACTION RECOMMENDED**

Dear Judge Hochberg:

On May 19, 2008, the above-named offender appeared before Your Honor for sentencing on a charge of Possession of a Firearm by a Convicted Felon. At that time, the offender was sentenced to a prison sentence of seventy-seven (77) months, to be followed by three (3) years of supervised release. Special conditions imposed: Drug testing/treatment, and DNA testing. The offender began his period of supervised release on July 6, 2012.

The purpose of this letter is to advise the Court that the offender has tested positive for illegal narcotics on two separate occasions, and he has verbally admitted to same. We have enclosed the Probation 12A Non-Compliance Report citing the specific non-compliance.

At this time, we are recommending no Court action, unless Your Honor directs otherwise. Should Your Honor have any questions or wish to discuss this matter, please feel free to contact the undersigned officer at (201) 618-8493.

Respectfully submitted,

Wilfredo Torres, Chief
U.S. Probation Officer

BY:
Edward J. Irwin
U.S. Probation Officer

EJI:
Encl.